# THE MARKS LAW FIRM,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/26/2024

January 24, 2024

**FILED VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

      RE:    **Vernita Worrell v. Nature Deli Corp., et al.**
                Index:  1:23-cv-10456-AT

Dear Judge Torres,

      In accordance with Rule I.B. of Your Honor's Individual Part Rules, Plaintiff respectfully requests a forty-five (45) day extension of the deadline to submit a joint letter and a jointly proposed Case Management Plan along with a joint letter advising the Court whether the parties consent to conducting all further proceedings before the assigned Magistrate Judge from **January 29, 2024** to **March 14, 2024**, as set forth in Your Honor's December 5, 2023 Orders [Dkt. 6 and 7].

      The reason for this request is that, to date, Defendants have not appeared, answered, moved, or otherwise contacted Plaintiff, despite Plaintiff's attempts in contacting Defendants via mail, telephone, and email. As to Defendant, Nature Deli Corp., our office has called the premises directly on several occasions, to make Defendant aware of the action so they may appear or interpose an answer to Plaintiff's Complaint. Each time we called Defendant, Nature Deli, we spoke to an individual named "Mohammad", who assured that he would forward this information to management, yet to date, have not received a call from "Mohammad" or from management. As to the landlord Defendant, 228 Livingston Street BKP CC LLC, we have mailed courtesy copies of the pleadings along with Your Honor's Orders and Individual Part Rules to addresses discovered on ACRIS and New York Corporation searches in efforts to inform Defendant of the Court's deadlines, but to date, have not received a response from the Defendant nor have they contacted our office.

      During this period, Plaintiff will continue to make attempts to communicate with Defendants in order to inform them of the Court's deadlines and have them appear in this action. Furthermore, in the event that our office is unable to communicate with Defendants, Plaintiff will provide the Court with a status as to our efforts by **March 14, 2024**. This is the first request of its kind.

155 E 55 Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com

## THE MARKS LAW FIRM, P.C.

We thank you and the Court for its time and consideration on this matter.

                                  Respectfully Submitted,

                                  The Marks Law Firm, P.C.

                                  By: _____
                                        Richard M. Madnick

GRANTED.

SO ORDERED.

Dated: January 26, 2024
        New York, New York

                                  _____
                                  ANALISA TORRES
                                  United States District Judge