**KUCKER
MARINO
WINIARSKY
& BITTENS, LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/28/2024
```

May 23, 2024

VIA ECF
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Vernita Worrell v. Nature Deli Corp. et al.*, Docket No. 1:23-cv-10456-AT

Dear Judge Torres:

We represent Defendant Turbo 228 Livingston Street LLC in the referenced action. We write pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases and with Plaintiff's counsel's consent to respectfully request a third extension of time for Turbo 228 Livingston Street LLC to answer, move, or otherwise respond to Plaintiff's Amended Complaint to June 21, 2024. We additionally request, with Plaintiff's consent, a brief extension of time to submit a Case Management Plan and Joint Letter from June 5, 2024 to July 2, 2024.

As previously detailed, Plaintiff's Complaint alleges that barriers to accessibility exist at a place of public accommodation. Turbo 228 Livingston Street LLC is the owner of the premises at issue and co-defendant Nature Deli Corp. is the tenant. We are discussing a potential resolution of this matter and require time to coordinate with co-defendant Nature Deli Corp. who has just appeared in this action.

This letter motion is Defendant Turbo 228 Livingston Street LLC's third request for an extension of time to respond to the Complaint and to submit a Case Management Plan and Joint Letter.

We thank the Court for its time and consideration.

GRANTED. There shall be no further extensions to these deadlines except for good cause shown.

SO ORDERED.

Dated: May 28, 2024
       New York, New York

ANALISA TORRES
United States District Judge